UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                     No. 09-CR-542-LTS

CARLOS ALBERTO CORREA-CASTANO,

        Defendant.

-------------------------------------------------------x

## Order

The Court has received the Government's August 18, 2021, opposition (docket entry no. 123) to Defendant Carlos Correa-Castano's pending motion for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1)(A) (docket entry no. 121). Because Exhibit A to the Government's opposition contains Mr. Correa-Castano's sensitive medical records, and at the Government's request (see docket entry no. 123 at 3 n.1), the Court will file Exhibit A under seal.

      SO ORDERED.

Dated: New York, New York
       August 19, 2021

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    Chief United States District Judge