UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                                           No.  09-CR-542-LTS

CARLOS ALBERTO CORREA-CASTANO,

        Defendant.

-------------------------------------------------------x

## ORDER

The Court has received Defendant Carlos Alberto Correa-Castano's supplemental filing (docket entry no. 128) in support of his motion for a reduction in sentence, pursuant to 18 U.S.C. section 3582(c)(1)(A).  Because Mr. Correa-Castano's supplemental filing contains the complete first name of his minor daughter, the Court will direct the Clerk of Court to remove docket entry no. 128 from the public docket, will file a redacted version of the supplemental filing on the public docket, and will file the complete, unredacted filing under seal.

The Clerk of Court is respectfully directed to remove the document at docket entry no. 128 from the public docket.

       SO ORDERED.

Dated: New York, New York
       October 28, 2021

                                                           /s/ Laura Taylor Swain
                                                       LAURA TAYLOR SWAIN
                                                       Chief United States District Judge

**Copy mailed to**:

Carlos Alberto Correa-Castano
Reg. No. 63867-054
FCI Bennettsville
Federal Correctional Institution
P.O. Box 52020
Bennettsville, SC 29512