UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                           No. 09-CR-542-LTS

CARLOS ALBERTO CORREA-CASTANO,

        Defendant.

-------------------------------------------------------x

## Order

The Court has received an email dated December 20, 2021, from non-party Yenis Diaz, who reports that Defendant Carlos Alberto Correa-Castano remains detained in Atlanta, Georgia, in the custody of Immigration and Customs Enforcement ("ICE"), pending his removal to Colombia. (See docket entry nos. 130, 135, 136.) Ms. Diaz writes that she and others are "willing to pay for his plane ticket and assume all costs," and requests that the Court help facilitate the removal of Mr. Correa-Castano to Colombia.

Because Ms. Diaz's email contains her phone number as well as her email address and the email addresses of other non-parties, the Court will file a copy of the email with those items redacted on the public docket, and will file the complete, unredacted copy under seal, with a copy to the Government by email.

The Court directs the Government to transmit a copy of Ms. Diaz's email to ICE promptly.

SO ORDERED.

Dated: New York, New York
         December 20, 2021

                                                                 /s/ Laura Taylor Swain
                                                               LAURA TAYLOR SWAIN
                                                               Chief United States District Judge