UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                       No. 09-CR-542-LTS

CARLOS ALBERTO CORREA-CASTANO,

       Defendant.

-------------------------------------------------------x

## Order

The Court has received a second email from non-party Yenis Diaz,[1] dated January 4, 2022, reporting that Immigration and Customs Enforcement ("ICE") is "denying [her] offer" to pay for the plane ticket and other costs associated with Defendant Carlos Alberto Correa-Castano's release from ICE custody and departure back to his home country of Colombia. Ms. Diaz writes that ICE's denial is because "in the Judge's order [Mr. Correa-Castano] was not granted voluntary departure," and requests that the Court grant Mr. Correa-Castano "voluntary departure."

Because Ms. Diaz's email contains her phone number as well as her email address and the email addresses of other non-parties, the Court will file a copy of the email with those items redacted on the public docket, and will file the complete, unredacted copy under seal, with a copy to the Government by email.

The Court directs the Government to (1) transmit a copy of Ms. Diaz's email to ICE promptly, and (2) in its forthcoming monthly status letter, to the extent Mr. Correa-Castano has not yet been removed to Colombia, to include, in addition to the other subjects set forth in

---

[1] Ms. Diaz's prior email, and the Court's order responding to it, are available at docket entry nos. 138 and 139.

the Court's prior orders (see docket entry nos. 130 & 137), the Government's position regarding this Court's authority to direct ICE to accommodate Mr. Correa-Castano's voluntary departure from the United States.

The Court will transmit a copy of this Order to Ms. Diaz by email.

SO ORDERED.

Dated: New York, New York
January 4, 2022

 /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge